my opinion, that the bill of exceptions taken in the case ought to be retained.

NICHOLSON, J. concurred with BUCHANAN, J.

JUDGMENT REVERSED.

1809.

Louderman
vs
Wilson

——————————

LOUDERMAN, Garnishee of HARRISON vs. WILSON.

ERROR to the General Court. Attachment on warrant; and the case was, that at the time of issuing the attachment from the county court, *Harrison*, the original defendant, owed *Wilson*, the plaintiff, (now appellee) the amount of the account exhibited; *Louderman*, the garnishee, was indebted to *Harrison* in the sum of $35, which sum, by express agreement, was to be paid and satisfied in work and labour by the garnishee for *Harrison*, when requested. No demand was ever made upon the garnishee to do the work, but he was always ready to do it. The county court decided, that it was not a credit in the hands of the garnishee which could be attached in virtue of the acts of 1715, ch. 40, and 1795, ch. 56; and judgment being rendered for the defendant in the county court, the plaintiff appealed to the general court, where the judgment of the county court was *reversed* at May term 1804, and a *procedendo* awarded. The appellee brought a writ of error to this court.

The cause was argued before POLK, BUCHANAN, NICHOLSON, and EARLE, J. by

*Kell*, for the Plaintiff in error, and by
*Gwynn*, for the Defendant in error.

JUDGMENT OF REVERSAL AFFIRMED.

JUNE

A sum of money due & owing, and which by express agreement was to be paid in work and labour, is a credit, which may be attached in virtue of the attachment laws of 1715, ch 40, & 1795, ch. 56.